IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No 4:21-CR-300 SDJ/KPJ |
| | § | |
| TYLER ALLEN STOTSKY (8) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATON
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency.  The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent because Defendant is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**.  It is further **ORDERED** that Defendant, Tyler Allen Stotsky, is competent.  The speedy trial time is excluded from August 18, 2022, until the date of this Order.

So ORDERED and SIGNED this 22nd day of December, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE